UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  19-CV-10056-JLK

JAY CUMMINGS, VON MARTINEZ,
DAPHNE TOUSSAINT, MITZIE RANCY,
and JANELL TAVERNIER,

      Plaintiffs,

v.

GLENTEX, INC. d/b/a WOODY'S
and MICHAEL PINTER,

      Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, by and through undersigned counsel, hereby file their Answer and Affirmative Defenses to Plaintiffs' *Complaint Under 42 U.S.C. § 1981*.

## PARTIES

1. Without knowledge, therefore denied.

2. Without knowledge, therefore denied.

3. Without knowledge, therefore denied.

4. Without knowledge, therefore denied.

5. Without knowledge, therefore denied.

6. Admitted.

7. Admitted.

## JURISDICTION AND VENUE

8. Admitted for jurisdictional purposes only. Otherwise denied.

9. Admitted for venue purposes only. Otherwise denied.

1

## **GENERAL ALLEGATIONS**

10. Admitted.

11. Denied.

12. Denied.

13. Without knowledge, therefore denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

### **[Alleged] Racially Hostile Environment**

19. Without knowledge, therefore denied.

20. Without knowledge, therefore denied.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

### **[Alleged] Failure to Promote**

24. Denied.

25. Denied.

26. Denied.

### **[Alleged] Retaliation**

27. Denied.

28. Denied.

29. Denied.

## COUNT I
### [As to Plaintiffs Martinez, Toussaint, Rancy and Tavernier]

30. Defendants reincorporate their responses to Paragraphs 1 through 29, above, as though fully set forth herein.

31. Denied.

32. Denied.

33. Denied.

Denied that Plaintiffs are entitled to any of the relief requested in the WHEREFORE clause, including all subparts.

## COUNT II
### [As to Plaintiff Cummings]

34. Defendants reincorporate their responses to Paragraphs 1 through 29, above, as though fully set forth herein.

35. Denied.

36. Denied.

Denied that Plaintiff is entitled to any of the relief requested in the WHEREFORE clause, including all subparts.

## DEMAND FOR JURY TRIAL

Admitted that Plaintiffs have demanded a trial by jury as to all issues so triable as a matter of right.

**Any allegation not specifically admitted is hereby denied.**

SPDN-868764429-2589135

## AFFIRMATIVE DEFENSES

1. Defendants do not have any policies, customs, or practices that would subject them to liability under 42 U.S.C. § 1981.

2. Plaintiffs did not experience severe or pervasive hostile conduct based on race or protected activity while employed by the Defendants, and to the extent they did experience actionable hostility, they unreasonably failed to report it.

3. All actions taken by Defendants with respect to Plaintiffs were for legitimate, non-discriminatory and non-retaliatory reasons unrelated to Plaintiffs' race(s) or purported protected activity. These reasons were non-pretextual.

4. Defendants did not direct or take any adverse employment action against Plaintiffs Martinez, Toussaint, Rancy or Tavernier.

5. Any illegal adverse employment action taken against Plaintiffs Martinez, Toussaint, Rancy or Tavernier was taken exclusively by Plaintiff Cummings without the knowledge, consent or authorization of Defendants.

6. Any illegal adverse employment action taken by Plaintiff Cummings against Plaintiffs Martinez, Toussaint, Rancy or Tavernier was taken outside the course and scope of Plaintiff Cummings' employment.

7. Any illegal adverse employment action taken by Plaintiff Cummings against Plaintiffs Martinez, Toussaint, Rancy or Tavernier was taken by Plaintiff Cummings intentionally, unjustifiably, maliciously and for the improper purpose of interfering with the business relationships of Defendants.

8. Plaintiff Cummings did not engage in any opposition or protected activity within the meaning of 42 U.S.C. § 1981.

SPDN-868764429-2589135

9. Even assuming the Defendants were motivated by unlawful animus toward Plaintiffs, they would have made the same decisions for legitimate, non-discriminatory and non-retaliatory reasons.

10. Plaintiff Cummings' termination was justified because of after-acquired evidence and/or his damages are capped based on the improper or unlawful actions he took during his employment which were not discovered until later.

11. Plaintiffs' damages are capped by applicable law.

12. Plaintiffs' recovery of damages in this action is precluded in whole or in part to the extent Plaintiffs failed to mitigate their damages.

13. Plaintiffs cannot establish entitlement to an award of punitive damages.

14. Defendants currently have insufficient information available upon which to form a belief as to whether they have additional affirmative defenses available. Defendants reserve the right to raise all other defenses that may become evident in the event discovery indicates that they would be appropriate.

Respectfully Submitted,

/s/ Luke Savage_____
Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Luke Savage
Florida Bar No. 28387
lsavage@anblaw.com
ALLEN NORTON AND BLUE, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
Counsel for Defendants

SPDN-868764429-2589135

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Luke Savage
Attorney

## SERVICE LIST

Cummings et al. v. Glentex, Inc. d/b/a Woody's and Michael Pinter

Case No.: 19-CV-10056-JLK

G. Ware Cornell, Jr.
Florida Bar No. 203920
ware@warecornell.com
CORNELL & ASSOCIATES, P.A.
2645 Executive Park Drive
Weston, FL 33331
Tel: (954) 618-1041
Fax: (954) 944-1969
Counsel for Plaintiffs

Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Luke Savage
Florida Bar No. 28387
lsavage@anblaw.com
ALLEN NORTON AND BLUE, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
Counsel for Defendants

SPDN-868764429-2589135